UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT CLARK, | ) |
|                 Plaintiff, | ) |
| v. | ) No. 1:20-cv-00414-JRS-MJD |
| STEVE STALETS City Police Officer - Franklin Indiana, SHAWN HENSON Sergeant; City Police officer, BRIAN OLIVER Sergeant; City Police Officer, | ) |
|                 Defendants. | ) |

**Entry Adopting Report and Recommendation**

On January 29, 2021, the Magistrate Judge issued his Report and Recommendation, recommending that Defendants' Motion to Dismiss (ECF No. 22) be granted and this case be dismissed with prejudice as a sanction for Plaintiff's failure to comply with his discovery obligations. The Magistrate Judge advised the parties that any objections to the Report and Recommendation were to be filed in accordance with 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b) and that the failure to timely file objections within 14 days would constitute a waiver of subsequent review. The time for filing any objections has come and gone. Plaintiff has not filed any objection to the Report and Recommendation. Regardless, the Court, having considered the Report and Recommendation, finds that it is the appropriate

disposition and therefore it is **accepted and adopted**. Defendant's Motion to Dismiss (ECF No. 22) is **granted.**

**SO ORDERED.**

Date: 2/19/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT CLARK
602 E. Thompson Rd.
Indianapolis, IN 46227-1629

Caren L. Pollack
POLLACK LAW FIRM, P.C.
cpollack@pollacklawpc.com